UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAURA WILLIS ALBRIGO and TARA AMADO, on behalf of themselves, all others similarly situated, and the general public,

Plaintiff,

v.

DOLE FRESH FRUIT COMPANY and DOLE PACKAGED FOODS, LLC,

Defendant.

Case No.: 3:26-cv-3046-JES-JLB

**ORDER DENYING MOTION TO DISMISS AS MOOT AND WITHOUT PREJUDICE**

**[ECF No. 11]**

On July 17, 2026, Defendant filed a motion to dismiss the complaint. ECF No. 11. On August 3, 2026, Plaintiff filed an amended complaint ("FAC"). ECF No. 13. In light of the filing of the FAC, the motion to dismiss the initial complaint is **DENIED** as moot and without prejudice. The Court **VACATES** the August 19, 2026, hearing date.

**IT IS SO ORDERED.**

Dated: August 17, 2026

Honorable James E. Simmons Jr.
United States District Judge